IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:15CR3128 |
| vs. | |
| JEFFERY S. SIKES, | **ORDER** |
| Defendant. | |

After conferring with counsel and with the defendant,

IT IS ORDERED:

1) Pretrial motions and briefs shall be filed on or before July 26, 2016.

2) The Court finds that the time between today's date and July 26, 2016 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case remains "unusual and complex," and continues to be exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii)i

April 26, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge