IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JEFFERY S. SIKES,

Defendant.

4:15CR3128

ORDER

IT IS ORDERED:

1)     Defendant's motion to continue, (Filing No. 49), is granted.

2)     On or before December 7, 2016, the parties shall submit a proposed protective order narrowly tailored to the parties' needs, along with a description of the factual support for finding "good cause" with respect to documents to be protected under the terms of the proposed protective order.

3)     A hearing on the motion for protective order will be held on December 8, 2016 at 9:00 a.m. in Courtroom 4, United States Courthouse, Lincoln, Nebraska. The court intends to rule on the motion during the course of this hearing on the record.

November 8, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge