IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  JEFFERY S. SIKES,  Defendant. | 4:15CR3128  **ORDER** |

Middleton Electronic, Inc. has filed an objection to my order denying its motion to intervene. (Filing No. 52). To afford the parties adequate time to respond to objection, allow Judge Gerrard to rule on the objection, and avoid convening a hearing that may not include all parties or entities who may have an interest in the outcome,

IT IS ORDERED that the hearing on Defendant's motion for a protective order, (Filing No. 23), is continued pending further order of the court.

November 21, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge